TROUTMAN PEPPER HAMILTON SANDERS LLP
Kalama M. Lui-Kwan
Kalama.Lui-Kwan@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:    415.477.5700
Facsimile:     415.477.5710

Attorneys for Defendants PHH Mortgage Corporation and Ocwen Loan Servicing, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CARMEN TORRES, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey corporation; OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; ROBERTSON, ANSCHUTZ, & SCHNEID, P.L., a Florida professional limited liability company; ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, a Florida limited liability company; RAS CRANE, LLC, a Florida limited liability company; RAS BORISKIN, LLC, a Florida limited liability company; and RAS CITRON, LLC, a New Jersey limited liability company,<br><br>Defendants. | Case No.: 3:20-cv-04370-JSC<br><br>**STIPULATION TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT, AND TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND ASSOCIATED DEADLINES; ~~PROPOSED~~ ORDER**<br><br>Dept.: Courtroom E (15th Floor)<br><br>Magistrate Judge: Hon. Jacqueline S. Corley |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Julie Carmen Torres, individually, and on behalf of all other similarly situated ("Plaintiff") and Defendants PHH Mortgage Corporation and Ocwen Loan Servicing, LLC ("PHH Defendants"), by and through their counsel, hereby stipulate (i) to continue the hearing date on Plaintiff's Motion for Preliminary Injunction (ECF 13), (ii) to extend the deadline for filing and serving the opposition and reply in connection with Plaintiff's Motion for Preliminary Injunction, and (iii) to continue the deadline to respond to the Complaint as follows:

WHEREAS, Plaintiff and the other defendants to this action, Robertson, Anschutz, & Schneid, P.L.; Robertson Anschutz, Schneid & Crane, LLC; RAS Crane, LLC; RAS Boriskin, LLC; and RAS Citron, LLC have already stipulated and agreed to the same extensions of time sought herein;

WHEREAS, the PHH Defendants recently retained Troutman Pepper Hamilton Sanders, LLP to represent them in this action;

WHEREAS, the PHH Defendants and Plaintiff, by counsel, have agreed to extend the current July 30, 2020 deadline for the PHH Defendants to respond to the Complaint to **August 31, 2020**;

WHEREAS, in light of the shelter-in-place orders under which counsel and the parties currently are working and to give the PHH Defendants sufficient time to prepare their response to Plaintiff's motion for preliminary injunction, the parties have agreed to extend the current deadline of July 29, 2020 to respond to Plaintiff's motion for preliminary injunction to **September 3, 2020**, leading to a new reply deadline of **September 10, 2020**;

WHEREAS, the parties agree that the modified briefing schedule above necessitates a continuation of the August 20, 2020 hearing on Plaintiff's motion for preliminary injunction, the parties have agreed to continue the hearing date on Plaintiff's motion for preliminary injunction from August 20, 2020 to **September 24, 2020 o**r as soon thereafter as the matter may be heard;

WHEREAS, these proposed continuances will not cause prejudice to any party in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel that the deadline for the PHH Defendants to file their response to the Complaint shall be August 31, 2020, the deadline for the PHH Defendants to respond to Plaintiff's motion for preliminary injunction (ECF 13) shall be September 3, 2020, the deadline for Plaintiff's reply in support of the motion for preliminary injunction shall be September 10, 2020, and the hearing on Plaintiff's motion for preliminary injunction shall be September 24, 2020.

|   |   |   |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 3 | Dated: July 23, 2020 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 6 | | By: /s/ *Kalama M. Lui-Kwan* |
| | | KALAMA M. LUI-KWAN |
| 7 | | Attorneys for Defendants PHH Mortgage Corporation and Ocwen Loan Servicing, LLC |
| 9 | Dated: July 23, 2020 | CALLAHAN & BLAINE, APLC |
| 11 | | By: /s/ *Brett E. Bitzer* |
| 12 | | BRETT E. BITZER |
| | | DANIEL J. CALLAHAN |
| 13 | | EDWARD SUSOLIK |
| | | Attorneys for Plaintiff |

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

- The deadline for PHH Defendants to file their response to the Complaint is **August 31, 2020;**
- The deadline for PHH Defendants to respond to Plaintiff's motion for preliminary injunction (ECF 13) is **September 3, 2020;**
- The deadline for Plaintiff's reply in support of the motion for preliminary injunction is **September 10, 2020;**
- The hearing on Plaintiff's motion for preliminary injunction (ECF 13) is continued to **September 24, 2020**, at 9:00 a.m.;

Dated: July 23, 2020

_____
The Honorable Jaqueline S. Corley
United States Magistrate Judge